**Motion Denied as Moot; Appeal Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01122-CV

---

### BEN CAVIL, Appellant

### V.

### FV-1 TRUST FOR STANLEY MORTGAGE CAPITAL HOLDINGS, LLC, Appellee

---

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0068250**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 25, 2012. The clerk's record was filed January 2, 2013. No reporter's record was taken. No brief was filed. On February 13, 2013, appellee filed a motion to dismiss the appeal as moot because appellant was no longer in possession of the property.

On March 21, 2013, this court issued an order stating that unless appellant

submitted a brief, together with a motion reasonably explaining why the brief was late, on or before April 22, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed. Appellee's motion to dismiss the appeal is denied as moot.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.